

4-6-2016
FILED
APR 06 2016 AS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA  )
                                    ) No.
vs.                         )
                                    ) Violation: Title 18, United States Code,
HOWARD P. ZITSMAN        ) Section 641

**16CR 232**

**MAGISTRATE JUDGE FINNEGAN**

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

    a. Defendant HOWARD P. ZITSMAN was a contract employee of the Federal Deposit Insurance Corporation, or FDIC, an agency of the United States government. Defendant ZITSMAN was hired to work as a Senior Capital Specialist out of a temporary FDIC satellite office located in Schaumburg, Illinois.

    b. As part of his employment, defendant ZITSMAN was required to protect all data collected and generated while working for the FDIC, and was prohibited from removing sensitive information from the workplace without authorization, including by emailing such information to a personal email account.

    c. On or about April 25, 2012, defendant ZITSMAN used his FDIC email account to email a confidential FDIC document to a personal email account that defendant ZITSMAN controlled. This document, which was titled Securities Inventory 2012-04-18.xls, contained confidential and proprietary information belonging to the FDIC.

2. On or about April 25, 2012, at Schaumburg, in the Northern District of Illinois, Eastern Division, and elsewhere,

HOWARD P. ZITSMAN

defendant herein, did knowingly embezzle, steal, purloin, and convert to his own use a record and thing of value of the United States and a department and agency thereof, namely, the document titled Securities Inventory 2012-04-19.xls, the value of which did not exceed the sum of $1,000;

In violation of Title 18, United States Code, Section 641.

_____
Zachary T. Fardon by JBP
UNITED STATES ATTORNEY